**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HERBERT KNAUSS,<br><br>             Plaintiff,<br><br>vs.<br><br>CITY OF PHOENIX<br>Neighborhood Services Department<br>Neighborhood Preservation Division<br><br>             Defendant. | No. CV-06-00888-PHX-JAT<br><br><br><br>ORDER |

      Pending before the Court is Plaintiff Herbert Knauss's Motion for Summary Judgment (doc. # 15). Local Rule of Civil Procedure 56.1 provides that a party filing for summary judgment must set forth separate from the memorandum of law, and in full, the separate facts on which that party relies in support of the motion. The specific facts must be set forth in serial fashion and not in narrative form. For each fact, the statement must refer to a specific portion of the record where the fact may be found (i.e., affidavit, deposition, etc.). Mr. Knauss did not file with his motion for summary judgment a separate statement of facts supported by the record as required by Rule 56.1. The court will therefore deny his motion without prejudice to re-file.

1

Accordingly,

IT IS ORDERED DENYING WITHOUT PREJUDICE Plaintiff's Motion for Summary Judgment (doc. #15).

DATED this 16th day of November, 2006.

_____
James A. Teilborg
United States District Judge